# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ULIAN OHYE-MICHIKO,<br><br>           Defendant. | 2:17-cr-00038-JCM-VCF<br>**ORDER** |

    Before the Court are the Motion to Shorten Time (ECF No. 17) and Motion to Proceed Pro Se (ECF No. 18).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on the Motion to Shorten Time (ECF No. 17) and Motion to Proceed Pro Se (ECF No. 18) is scheduled for 2:00 PM, April 24, 2017, in Courtroom 3D.

    The U.S. Marshal is directed to transport defendant to and from the hearing.

    DATED this 14th day of April, 2017.

                                                      _____
                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE